**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOHN LAVIN,                 ) <br>       Petitioner,   ) <br>                          ) <br> v.                           ) <br>                          ) <br> J.R. WALLS, Warden   ) <br>       Respondent. ) <br> _____) | No. 04 C 5175 <br><br> Judge Joan Gottschall |

**PETITIONER'S
MOTION FOR CERTIFICATE OF APPEALABILITY;
FOR LEAVE TO SUBMIT ARGUMENTS; AND
TO CORRECT A TYPOGRAPHICAL ERROR.**

Petitioner, JOHN LAVIN, by his attorney, Gareth Morris, moves the court to issue a Certificate of Appealability (COA) as to all issues raised by the Petitioner in the Second Amended Petition for Writ of Habeas Corpus (Doc. No. 132) and denied by this court (Doc. No. 190):

1. The Petitioner's Second Amended Petition for Writ of Habeas Corpus (Doc. No. 132) was denied in this court's Memorandum Opinion and Order entered on August 20, 2010.

2. Petitioner thereafter filed a Notice of Appeal (Doc. 192) in compliance with Federal Rule of Appellate Procedure 4(a) and Rule 11 (b) of The Rules Governing § 2254 Cases.

3. Rule 11 (a) of The Rules Governing § 2254 Cases provides that:

> "The district court must issue or deny a certificate of Appealability when it enters a final order adverse to the applicant. Before entering the final order, the court may direct the parties to submit arguments on whether a certificate should issue."

4. This court has not, however, issued, nor denied, a COA.

5. Petitioner moves the court to issue a COA as to all issues raised in his Petition. If the court is not inclined to issue a COA as to any issue or issues, Petitioner, who is *pro se*, requests that he be granted leave to submit arguments as to why each issue raised in the Second Amended Petition involves the denial of constitutional rights, as required by 28 U.S.C. § 2253(c)(2).

6. Lastly, a ministerial typographical matter: Petitioner requests that the court's Memorandum Opinion and Order, page 2, be corrected to eliminate any reference to a person named "McDowell".

Respectfully submitted,

*s/ Gareth Morris*
1704 N. Dayton St., Suite 100
Chicago, IL 60614.
Phone: 312 943-6178
Garethgeoffrey@mac.com
Attorney for Petitioner

### CERTIFICATE OF SERVICE

I certify that I filed and served this PETITIONER'S MOTION FOR CERTIFICATE OF APPEALABILITY; FOR LEAVE TO SUBMIT ARGUMENTS; AND TO CORRECT A TYPOGRAPHICAL ERROR. using the CM/ECF system on September 2, 2010

*s/Gareth Morris*